# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Mille Lacs Band of Ojibwe, et al., | Case No. 17-cv-05155 (SRN/LIB) |
| Plaintiffs, | |
| v. | **ORDER ON REMAND** |
| County of Mille Lacs, et al., | |
| Defendants. | |

SUSAN RICHARD NELSON, United States District Judge

This matter is before the Court on remand from the February 12, 2025 opinion of the Eighth Circuit Court of Appeals, *Mille Lacs Band of Ojibwe v. Madore*, 129 F.4th 929 (8th Cir. 2022); [ECF No. 370], and its Judgment [ECF No. 371]. Pursuant to the Eighth Circuit's opinion and directions, the Court hereby **VACATES** its Orders dated March 4, 2022 [ECF No. 313] and January 10, 2023 [ECF No. 349]. The Court also **VACATES** the Judgment in a Civil Case [ECF No. 350] dated January 10, 2023, which relates to the January 10, 2023 Order.

**SO ORDERED**.

Dated: April 8, 2025

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge