## 17-5155UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Mille Lacs Band of Ojibwe, et al., <br><br> Plaintiffs, <br><br> v. <br><br> County of Mille Lacs, et al., <br><br> Defendants. | Case No. 17-cv-05155 (SRN/LIB) <br><br><br> **ORDER VACATING COST JUDGMENT** |

SUSAN RICHARD NELSON, United States District Judge

  Before the Court is a letter filed by counsel for Plaintiffs [ECF 376]. In light of the February 12, 2025 opinion of the Eighth Circuit Court of Appeals, *Mille Lacs Band of Ojibwe v. Madore*, 129 F.4th 929 (8th Cir. 2022), and the agreement of the parties [ECF 376], the Court hereby **VACATES** the Cost Judgment [ECF 369].


**SO ORDERED**.


Dated: April 15, 2025           s/Susan Richard Nelson
                   SUSAN RICHARD NELSON
                   United States District Judge