# 17-5155 UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Mille Lacs Band of Ojibwe, et al., <br><br> Plaintiffs, <br><br> v. <br><br> County of Mille Lacs, et al., <br><br> Defendants. | Case No. 17-cv-05155 (SRN/LIB) <br><br> **ORDER DISMISSING CASE AS MOOT** |

SUSAN RICHARD NELSON, United States District Judge

In light of the February 12, 2025 opinion of the Eighth Circuit Court of Appeals, *Mille Lacs Band of Ojibwe v. Madore*, 129 F.4th 929 (8th Cir. 2022), the Court hereby **DISMISSES** this case **AS MOOT**.

**SO ORDERED**.

Dated: April 15, 2025

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge

1